


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1    JERROLD KING

    Defendant.
_____/

Case: 2:10-cr-20103
Judge: Duggan, Patrick J
MJ: Randon, Mark A.
Filed: 03-04-2010 At 05:01 PM
INFO: USA V. JERROLD KING (KB)

VIOLATION: 29 U.S.C. § 439(c)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

**Count One**
(29 USC 439(c) - Concealment of Records)

From November 27 to December 20, 2005, in the Eastern District of Michigan, Southern Division, defendant JERROLD KING willfully concealed and destroyed four check stubs for the checking account of the United Steelworkers of America Local 842, which check stubs were required to be maintained according to the provisions of Title 29, United States Code.

All in violation of Title 29, United States Code, Section 439(c).

BARBARA L. McQUADE
UNITED STATES ATTORNEY

s/LYNN HELLAND
Assistant United States Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
Telephone: 313-226-9730
Email: lynn.helland@usdoj.gov
Bar No.: P32192

Dated: March 4, 2010

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008   [ ]

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ■ No | AUSA's Initials: _(signature)_ |

Case Title: USA v. JERROLD KING

County where offense occurred : WAYNE

Check One:   ☐ Felony   ■ Misdemeanor   ☐ Petty

   X___ Information --- no prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number: ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

**Superseding Case Information**

Case: 2:10-cr-20103
Judge: Duggan, Patrick J
MJ: Randon, Mark A.
Filed: 03-04-2010 At 05:01 PM
INFO: USA V. JERROLD KING (KB)

Superseding to Case No: _____
☐ Original case was terminated; no additional c
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

March 4, 2010
   Date

_(signature)_
LYNN A. HELLAND
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9730
Fax: (313) 226-3413
E-Mail address: lynn.helland@usdoj.gov
Attorney Bar #: P32192

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09